

1776 K STREET NW
WASHINGTON, DC 20006
PHONE  202.719.7000
FAX    202.719.7049

7925 JONES BRANCH DRIVE
McLEAN, VA 22102
PHONE  703.905.2800
FAX    703.905.2820

www.wileyrein.com

July 17, 2009

Todd Bromberg
202.719.7357
Tbromberg@wileyrein.com

**VIA ECF AND FACSIMILE**

The Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

  Re: PMC Specialties Group, Inc. v. Kinetic Industries Inc.
    Case No. 09-cv-2977 (DGT/CLP)

Dear Judge Pollak:

We represent Plaintiff PMC Specialties Group, Inc. in the above-referenced matter. Counsel for Defendants Kinetic Industries, Inc. and John Doe Corporation, Andrew Goodman, has advised us that he has a scheduling conflict with the Order to Show Cause hearing set for Friday, July 24, 2009. In an effort to accommodate both counsel's preexisting commitments, I am writing to respectfully: (i) inquire into whether the Court can reschedule this matter for Wednesday, July 22, 2009; and (ii) request that the conference be held telephonically. We note, however, that Mr. Goodman is not available on July 22 from Noon to 2 p.m. Mr. Goodman has agreed to file answering papers, if any, by close of business Tuesday, July 21.

Thank you for your consideration of this request.

Respectfully submitted

*/s/ Todd Bromberg*

Todd Bromberg


cc: Andrew J. Goodman, Esq. (Via ECF and email)
   Beth L. Kaufman (Via ECF)