US MAGISTRATE JUDGE CHERYL L. POLLAK       DATE: 7/22/09

TIME SPENT: _____

DOCKET NO. 09 cv 2977 (DGT)

CASE: PMCSG v Kinetic

___ INITIAL CONFERENCE            ___ OTHER/STATUS CONFERENCE
___ DISCOVERY CONFERENCE          ___ FINAL/PRETRIAL CONFERENCE
___ SETTLEMENT CONFERENCE         ___ TELEPHONE CONFERENCE
___ MOTION HEARING                ✓ ORAL ARGUMENT

**MANDATORY DISCLOSURE :**

___ COMPLETED                     ___ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

___ DISCOVERY TO BE COMPLETED BY _____

___ NEXT CONFERENCE SCHEDULED FOR _____

___ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____        DEF. TO SERVE PL. BY: _____

RULINGS: Hearing on expedited discovery held; both parties agree to conduct expedited discovery. Def. to serve requests by 7/23. Responses by both parties due 7/31. Conference 8/13 at 9:30