UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PMC SPECIALTIES GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> KINETIC INDUSTRIES, INC. and JOHN DOE CORPORATION, <br><br> Defendants. | Case No. 09 CV 2977 <br> (DGT)(CLP) <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Garvey Schubert Barer, hereby appears as counsel for Defendant Kinetic Industries, Inc., and requests that IT hereinafter be served with all papers at the address provided below.

Dated: New York, New York
    July 22, 2009

> GARVEY SCHUBERT BARER
>
> By: _____
> Andrew Goodman, Esq. (AG-3406)
> *Attorneys for Defendant Kinetic Industries, Inc.*
> 100 Wall Street, 20th Floor
> New York, New York 10005
> Telephone# 212-965-4534

To: Todd A. Bromberg, Esq.
    Wiley Rein LLP
    1776 K Street N.W.
    Washington, DC 20006

    Beth L. Kaufman, Esq.
    David B. Gordon, Esq.
    Shoeman, Updike & Kaufman LLP
    60 East 42nd Street
    New York, New York 10165

NY_DOCS:603449.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PMC SPECIALTIES GROUP, INC., <br><br> Plaintiff, <br> v. <br><br> KINETIC INDUSTRIES, INC. and <br> JOHN DOE CORPORATION, <br><br> Defendants. | Case No. 09 CV 2977 <br> (DGT)(CLP) <br><br> **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK    )
COUNTY OF NEW YORK   ) ss.:

JENNIFER SY LOPEZ, being duly sworn, deposes and says:

1. I am employed by the firm of GARVEY SCHUBERT BARER, attorneys for Defendant Kinetic Industries, Inc..; I am not a party to the above action; I am over 18 years of age and reside at Staten Island, New York. On July 22, 2009, I served the within **NOTICE OF APPEARANCE** by sending a copy by the method indicated below to:

Todd A. Bromberg, Esq.
Wiley Rein LLP
1776 K Street N.W.
Washington, DC 20006

Beth L. Kaufman, Esq.
David B. Gordon, Esq.
Shoeman, Updike & Kaufman LLP
60 East 42nd Street
New York, New York 10165

[X] via first class mail, postage prepaid
[ ] via certified mail, return receipt requested
[ ] via overnight mail
[X] via facsimile transmission
[X] via email transmission

_____
JENNIFER SY LOPEZ

Sworn to before me this
22nd day of July 2009

_____
Notary Public

JAMES H. FREEMAN
Notary Public, State of New York
No. 02FR6192590
Qualified in New York County
Commission Expires September 2, 2012