Todd A. Bromberg (TB 8212)
Adam H. Gordon (*pro hac vice*)
Wiley Rein LLP
1776 K Street N.W.
Washington, DC 20006
(202) 719-7000
(202) 719-7207 (facsimile)

Beth L. Kaufman (BK 7809)
David B. Gordon (DG 0010)
Schoeman, Updike, & Kaufman LLP
60 East 42nd Street
New York, New York 10165
(212) 661-5030
(212) 687-2123 (facsimile)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x
PMC SPECIALTIES GROUP, INC.,

       Plaintiff,

  against

KINETIC INDUSTRIES, INC.,                09 CV 2977 (DGT)(CLP)

  and                                       **NOTICE OF VOLUNTARY**
                                             **DISMISSAL WITHOUT PREJUDICE**
JOHN DOE CORPORATION,

       Defendants.
-----------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff PMC Specialties Group, Inc. hereby voluntarily dismisses its Complaint against Defendants Kinetic Industries, Inc. and John Doe Corporation.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), this voluntary dismissal is without prejudice.

Dated: July 27, 2009

    Respectfully submitted,

By: /s/   Adam H. Gordon
    Todd A. Bromberg (TB 8212)
    Adam H. Gordon (*pro hac vice*)
    Wiley Rein LLP
    1776 K Street N.W.
    Washington, DC 20006
    (202) 719-7000
    (202) 719-7207 (facsimile)
    tbromberg@wileyrein.com

    Beth L. Kaufman (BK 7809)
    David B. Gordon (DG 0010)
    Shoeman, Updike, & Kaufman LLP
    60 East 42nd Street
    New York, New York 10165
    (212) 661-5030
    (212) 687-2123 (facsimile)
    bkaufman@schoeman.com

*Attorneys for PMC Specialties Group, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the Plaintiff's Notice of Voluntary Dismissal was automatically served via the court's CM/ECF system this 27th day of July, 2009 on:

Andrew Goodman
Garvey Schubert Barer
100 Wall Street
20th Flr.
New York,  NY  10005

*Attorney for Kinetic Industries, Inc.*


/s/      Adam Gordon
Adam Gordon