Todd A. Bromberg (TB 8212)
Adam H. Gordon (*pro hac vice*)
Wiley Rein LLP
1776 K Street N.W.
Washington, DC 20006
(202) 719-7000
(202) 719-7207 (facsimile)

Beth L. Kaufman (BK 7809)
David B. Gordon (DG 0010)
Schoeman, Updike, & Kaufman LLP
60 East 42nd Street
New York, New York 10165
(212) 661-5030
(212) 687-2123 (facsimile)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
PMC SPECIALTIES GROUP, INC.,

    Plaintiff,

  against

KINETIC INDUSTRIES, INC.,

  and

JOHN DOE CORPORATION,

    Defendants.
-------------------------------------------------x

09 CV 2977 (DGT)(CLP)

**NOTICE OF VOLUNTARY**
**DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff PMC Specialties Group, Inc. hereby voluntarily dismisses its Complaint against Defendants Kinetic Industries, Inc. and John Doe Corporation. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), this voluntary dismissal is without prejudice.

APPLICATION GRANTED.
SO ORDERED.

s/ DGT                                8/12/09
David G. Trager
United States District Judge

The Clerk of the Court is
directed to close the case.

Dated: July 27, 2009

                          Respectfully submitted,

                          By: /s/ Adam H. Gordon
                              Todd A. Bromberg (TB 8212)
                              Adam H. Gordon (*pro hac vice*)
                              Wiley Rein LLP
                              1776 K Street N.W.
                              Washington, DC 20006
                              (202) 719-7000
                              (202) 719-7207 (facsimile)
                              tbromberg@wileyrein.com

                              Beth L. Kaufman (BK 7809)
                              David B. Gordon (DG 0010)
                              Shoeman, Updike, & Kaufman LLP
                              60 East 42nd Street
                              New York, New York 10165
                              (212) 661-5030
                              (212) 687-2123 (facsimile)
                              bkaufman@schoeman.com

                          *Attorneys for PMC Specialties Group, Inc.*